UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

-----------------------------------------------------------x

Mint, Inc.,

                           Plaintiff,

    v.

Shokomoko
and
Amazon.com, Inc.

                         Defendants.

-----------------------------------------------------------x

FILED
LODGED
RECEIVED  **MAIL**

MAR 08 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY  DEPUTY

11-CV-00249-JLR

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE

       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses *without prejudice* the present action as to defendant Shokomoko. Defendant Shokomoko has not answered, moved or otherwise appeared in the present action.

                                                  Respectfully submitted,
                                                  Plaintiff,
                                                  by its attorney,

                                                  _____
                                                  Jeffrey Sonnabend
                                                  SonnabendLaw
                                                  600 Prospect Avenue
                                                  Brooklyn, NY 11215-6012
                                                  718-832-8810
                                                  JSonnabend@SonnabendLaw.com

                                                  Dated: March 4, 2011



11-CV-00249-NTC