UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

------------------------------------------------------x

MINT, INC.,

                Plaintiff,

   - against -

SHOKOMOKO and
AMAZON.COM, INC.,

                Defendants.

------------------------------------------------------x

**STIPULATION AND
[PROPOSED] ORDER
OF DISMISSAL**

FILED / LODGED / RECEIVED  MAIL

MAR 08 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Mint, Inc. and Amazon.com, Inc. in this action, that this action is hereby dismissed as against Amazon.com, Inc., with prejudice and without costs to either party.

Dated:   February 15, 2011

| SONNABENDLAW | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _/s/_ Jeffrey Sonnabend, Esq. (jsonnabend@sonnabendlaw.com) 600 Prospect Avenue Brooklyn, NY 11215 (718) 832-8810 | By: _/s/_ Jeffrey R. Wang, Esq. (jwang@fklaw.com) 1633 Broadway New York, NY 10019 (212) 833-1100 |
| *Attorneys for Plaintiff Mint, Inc.* | *Attorneys for Defendant Amazon.com, Inc.* |

SO ORDERED:

_____
U.S.D.J.

Dated: _____, 2011



953491.4

11-CV-00249-STIP