# LAW

**Jeffrey Sonnabend**
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com

March 3, 2011

<u>Via Priority Mail</u>

Ms. Mary Duett
U.S. Courthouse
700 Stewart Street
Seattle, WA 98109-5210

FILED ___
LODGED ___
RECEIVED ___
MAIL

MAR 08 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

re:   Mint, Inc. v. Shokomoko et al.
      11-cv-00249-JLR

Dear Ms. Duett:

   Thank you for speaking with me earlier this week. Pursuant to your instructions, enclosed for filing in the above referenced case is a stipulation of dismissal as to defendant Amazon.com, Inc. and a notice of voluntary dismissal without prejudice as to defendant Shokomoko. The filing of these two documents will fully dispose of the case, as we discussed.

   Thank you for your attention to this matter. Please feel free to contact me if you require any further information.

                              Sincerely

                              *[signature]*
                              Jeffrey Sonnabend

11-CV-00249-LTR